```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 09880
   WALTER J SLACK JR
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1849

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 03/18/2005 and was confirmed 07/20/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  83.39%.

      The case was paid in full 09/10/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
MORGAN STANLEY DEAN WITT CURRENT MORTG        .00              .00           .00
*SCHOTTLER & ZUKOSKY     PRIORITY         NOT FILED            .00           .00
AMERICAN EXPRESS TRAVEL  UNSECURED        20566.40             .00      17149.91
BANK OF AMERICA          UNSECURED        NOT FILED            .00           .00
BANK OF AMERICA          UNSECURED        NOT FILED            .00           .00
ECAST SETTLEMENT CORP    UNSECURED        18918.79             .00      15776.00
CAPITAL ONE SERVICES     UNSECURED        NOT FILED            .00           .00
CAPITAL ONE SERVICES     UNSECURED        NOT FILED            .00           .00
ECAST SETTLEMENT CORP    UNSECURED        14772.05             .00      12318.12
ECAST SETTLEMENT CORP    UNSECURED        30570.87             .00      25492.44
ECAST SETTLEMENT CORP    UNSECURED        14270.20             .00      11899.63
*SCHOTTLER & ZUKOSKY     DEBTOR ATTY       1,969.00                      1,969.00
TOM VAUGHN               TRUSTEE                                         5,394.97
DEBTOR REFUND            REFUND                                          1,499.93

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                91,500.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                   82,636.10
ADMINISTRATIVE                               1,969.00
TRUSTEE COMPENSATION                         5,394.97
DEBTOR REFUND                                1,499.93
                       ---------------     ---------------
TOTALS                 91,500.00            91,500.00
```

              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 09880 WALTER J SLACK JR

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE